```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 12910
   MICHAEL WAZEVICH
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9383


---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/20/08 .

    2.  The case was dismissed without confirmation, 09/12/2008.

    3.  The Debtor paid a total of $   4002.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG        .00           .00            .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE   NOT FILED          .00            .00
HSBC                      SECURED              .00           .00            .00
HSBC                      MORTGAGE ARRE   NOT FILED          .00            .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC        .00           .00         1384.00
WELLS FARGO FINANCIAL AC  UNSECURED       NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED          .00            .00
AMEX                      UNSECURED       NOT FILED          .00            .00
AMEX                      UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED          .00            .00
CHASE BANK USA            UNSECURED       NOT FILED          .00            .00
CITIBANK                  UNSECURED       NOT FILED          .00            .00
CITIBANK                  UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL             UNSECURED       NOT FILED          .00            .00
COLLECTION CONSULTANTS D  UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED          .00            .00
GEMB                      UNSECURED       NOT FILED          .00            .00
IC SYSTEM                 UNSECURED       NOT FILED          .00            .00
MED SHIELD                UNSECURED       NOT FILED          .00            .00
NICOR GAS                 UNSECURED       NOT FILED          .00            .00
---------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------
SHERMAN ACQUISITION       UNSECURED       NOT FILED          .00            .00
         Summary of disbursements:
---------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00         .00           .00
PRINCIPAL PAID    1384.00          .00          .00         .00        1384.00
```

```
INTEREST PAID                      .00            .00        .00         .00           .00
TOTAL PAID                     1384.00            .00        .00         .00       1384.00
```

The Debtor's attorney, DEVONA & ASSOC             , was allowed $   3500.00
and was paid $     726.00   direct and $    1135.26   through the plan.

The Trustee received $     148.74 .

Refunds to the Debtor totaled $    1334.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE